IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hawkins, Juanita

Printed: 10/7/08

Case Number: 05 B 00090
Judge: Hollis, Pamela S

Filed: 1/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  October 2, 2008
Confirmed: February 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,068.00 |  |
| Secured: |  | 9,618.28 |
| Unsecured: |  | 769.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 680.13 |
| Other Funds: |  | 0.00 |
| Totals: | 13,068.00 | 13,068.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 6,118.28 | 6,118.28 |
| 4. | Saxon Mortgage Services Inc | Secured | 3,500.00 | 3,500.00 |
| 5. | Capital One | Unsecured | 39.47 | 90.62 |
| 6. | Americredit Financial Ser Inc | Unsecured | 217.81 | 500.05 |
| 7. | Capital One | Unsecured | 77.93 | 178.92 |
| 8. | Blustar | Secured |  | No Claim Filed |
| 9. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 10. | Blustar | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Eastern Collection Corp. | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,953.49 | $ 12,387.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 59.41 |
| 3% | 17.80 |
| 5.5% | 147.02 |
| 5% | 44.56 |
| 4.8% | 99.78 |
| 5.4% | 176.43 |
| 6.5% | 135.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hawkins, Juanita | Case Number:  05 B 00090 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  1/3/05 |

_____
$ 680.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

